No. 71–1602. CRAVEN, WARDEN *v.* CARMICAL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.